# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02394-WYD-MEH

MALIBU MEDIA, LLC,

Plaintiff,

v.

JEREMIAH BENSON,

Defendant.

_____

## NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO EXCLUDE TESTIMONY AND EVIDENCE FROM IPP INTERNATIONAL UG AND TOBIAS FEISER
_____

Defendant, Jeremiah Benson, through undersigned counsel hereby withdraws its Motion to Exclude Testimony and Evidence from IPP International UG and Tobias Feiser. (Dck. No. 23) The withdrawal of this Motion is without prejudice.

Respectfully submitted April 1st, 2014.

                              SANTANGELO LAW OFFICES, P.C.

                              /s/ David S. Kerr
                              **David S. Kerr**
                              125 South Howes St., 3rd Floor
                              Fort Collins, CO 80521
                              Telephone: 970-224-3100
                              Email: dkerr@idea-asset.com

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Notice was served by EFS and email on this 1st day of April, 2014, upon the following counsel:

Jason Kotzker
Kotzker Law Group
9609 S University Blvd., #632134
Highlands Ranch, CO 80163
jason@klgip.com

                /s/ David S. Kerr