IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEREMIAH BENSON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2014.**

    In light of the Notice of Withdrawal filed by Defendant on April 1, 2014 [docket #35], Defendant's Motion to Exclude Testimony and Evidence from IPP International UG and Tobias Feiser [filed February 20, 2014; docket # 23] is **withdrawn**.