IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   13-cv-02394-WYD-MEH | Date:   April 9, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| MALIBU MEDIA, LLC, | Jason Kotzker |
| Plaintiff, | |
| vs. | |
| JEREMIAH BENSON, | David Kerr |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     **10:08 a.m.**

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Plaintiff's Partially Unopposed Motion to Strike Defendant's Affirmative Defenses (Doc. 26, filed 2/24/14).

The Court takes the motion under advisement.

**Court in recess:**     **10:50 a.m.   (Hearing concluded)**
**Total time in court:**  0:42

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.