IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.   13-cv-02394-WYD-MEH**          **FTR – Courtroom A501**
**Date:**    June 5, 2014                                                   Cathy Pearson, Courtroom Deputy

MALIBU MEDIA, LLC,                                              Jason Kotzker

     Plaintiff,

v.

JEREMIAH BENSON,                                                David Kerr

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:**     9:53 a.m.

The Court calls case.   Appearances of counsel.

Discussion held regarding the status of the case and Plaintiff's Motion for Entry of a Protective Order Limiting Discovery (Doc. 39, filed 5/28/14).

**ORDERED:**   A hearing on Plaintiff's Motion for Entry of Protective Order Limiting Discovery (Doc. 39, filed 5/28/14) is set for **June 16, 2014, at 2:00 p.m.**   No written response to the motion will be filed.

Counsel are directed to e-mail a list of disputed items to the Court at Hegarty_Chambers@cod.uscourts.gov on or before June 14, 2014.

**Court in recess:**     10:08 a.m.     (Hearing concluded)
Total time in court:    0:15

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.