**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: June 16, 2014

RE: *Malibu Media, LLC v. Jeremiah Benson*, **13-cv-02394-WYD-MEH**

    ____    Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action.

    _X_    Settlement negotiations were held on this date, and a settlement was reached as to

        _X_    All claims in this action. The settlement is contingent on certain events occurring which will require several weeks to accomplish. **The parties shall submit a status report by July 1, 2014 and every 30 days thereafter to keep the Court informed of the progress of these events. The case is stayed until further order of the Court. The Motion Hearing set for 6/16/2014 is vacated.**

        ____    Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before June __, 2014.

Settlement conference and preparation time involved: 2 hours 15 minutes.

____ A record was made        _X_ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    ____    Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions, since the initial conference.

Negotiation time involved: __ hours __ minutes.