IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEREMIAH BENSON,

    Defendant.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 23, 2014.**

In light of the settlement of this case, Plaintiff's Motion for Entry of a Protective Order Limiting Discovery [filed May 28, 2014; docket # 39] is **denied without prejudice**.