## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02394-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JEREMIAH BENSON,

      Defendant.

_____/

## **PLAINTIFF'S STATUS REPORT**

Plaintiff, Malibu Media, LLC, pursuant to CM/ECF 43, submits the following status report.  On June 25, 2014, undersigned sent counsel for Defendant a list of available times for a polygraph exam pursuant to Plaintiff's settlement agreement with Defendant.  Undersigned had contacted the polygraph company and they provided four separate times throughout July 7, 2014 in which they are available.  Counsel for Defendant has yet to respond.  Undersigned will continue to contact counsel for Defendant in an attempt to schedule the polygraph exam for either July 7, 2014 or another date within the first two weeks of July in which all parties are available.

                                    Respectfully submitted,

                                    By: /s/*Jason Kotzker*
                                    Jason Kotzker
                                    jason@klgip.com
                                    KOTZKER LAW GROUP
                                    9609 S. University Blvd. #634132
                                    Highlands Ranch, CO 80163
                                    Phone: 720.330.8329
                                    *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2014, I submitted the foregoing document to the Clerk of the Court and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/*Jason Kotzker*