IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEREMIAH BENSON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 17, 2014.**

    Plaintiff's Motion to Lift Stay [filed July 16, 2014; docket #47] is **granted**. The temporary stay imposed by this Court's June 16, 2014 minute order is **lifted**.

    Before the Court is Plaintiff's Motion for Sanctions [docket #48]. Pursuant to 28 U.S.C. § 636(b)(1)(A), the matter has been referred to this Court for resolution. Counsel for the parties are directed to appear before the Court for a status conference on Tuesday, **July 22, 2014, at 2:00 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).