IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   13-cv-02394-WYD-MEH           **FTR – Courtroom A501**
**Date:**   July 22, 2014                                            Ellen E. Miller,  Courtroom Deputy

MALIBU MEDIA, LLC,                                     Jason A. Kotzker

    Plaintiff,

v.

JEREMIAH BENSON,                                        David S. Kerr

    Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**MOTION   HEARING**
**Court in session:**   2:04  p.m.

The Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion for Sanctions for argument.
Discussion regarding the settlement believed to have been reached on June 16, 2014 is held.
Discussion regarding the forensic examination of Defendant's computer is held.

The polygraph of defendant shall be conducted within the next thirty (30) days, on a date mutually agreeable between counsel for Plaintiff and Defendant, and  Defendant Benson.

**It is ORDERED:**   Plaintiff's MOTION FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927, FED.R.CIV.P. 16(f), [Docket No. **48**, filed July 16, 2014]  is  **DENIED  without prejudice**, for reasons as set forth on the record.

**It is ORDERED:**   The STAY of this case  is re-entered until further order of the Court.

**Hearing concluded**
**Court in recess:**  2:37 p.m.          Total time in court:      00:36

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.