IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEREMIAH BENSON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 6, 2014.**

    At the parties' request, counsel for the parties are directed to appear before the Court for a status conference in the above matter on Wednesday, **August 6, 2014, at 9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel may appear at the conference by telephone by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.