IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   13-cv-02394-WYD-MEH | **FTR – Courtroom A501** |
| **Date:**   August 06, 2014 | Ellen E. Miller,  Courtroom Deputy |

MALIBU MEDIA, LLC,                                                          Jason A. Kotzker

     Plaintiff,

v.

JEREMIAH  BENSON,                                                          David S. Kerr

     Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**
**Court in session:**      9:53 a.m.

The Court calls case.  Appearances of counsel.
The polygraph of defendant Benson has been completed.
Counsel for the Plaintiff advises the Court of  apparent threats made by Defendant against the Plaintiff's attorney and his family.

**It is ORDERED:**      Counsel for Plaintiff and Defendant, and  Defendant Jeremiah  Benson shall appear in person before this  Court at **11:00 a.m. August 06, 2014**, Courtroom A501, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

**Hearing concluded**

**Court in recess:**  9:56 a.m.                  Total time in court:       00:03

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.