IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   13-cv-02394-WYD-MEH          **FTR – Courtroom A501**
**Date:**   August 06, 2014                                        Ellen E. Miller,  Courtroom Deputy

MALIBU MEDIA, LLC,                                    Jason A. Kotzker

    Plaintiff,

v.

JEREMIAH  BENSON,                                     David S. Kerr

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**STATUS  CONFERENCE**
**Court in session:**   11:37  a.m.

The Court calls case.  Appearances of counsel.  Defendant is also present in person.

Statements by Plaintiff's attorney Mr. Kotzker regarding the apparent threats made by Defendant against the Plaintiff's attorney and his family.
Statements by Defendant's counsel Mr. Kerr.

**Hearing concluded**

**Court in recess:**  11:50 a.m.                Total time in court:     00:13

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.