IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02394-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JEREMIAH BENSON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 27, 2014.**

    This matter comes before the Court *sua sponte*. The parties are directed to file a status report in this case **on or before Wednesday, September 3, 2014** informing the Court of the status of the matter, particularly of the outcome following the August 6, 2014 proceeding and whether the parties believe a stay of these proceedings continues to be necessary.