IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No. 1:13-cv-2394**  **FTR – Courtroom A501**
**Date:** September 9, 2014  Molly Davenport, Courtroom Deputy

MALIBU MEDIA L L C

    Plaintiff,  Jason Kotzer

v.

JEREMIAH BENSON

    Defendant.  David Kerr

---

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session: 10:52 a.**m.

The Court calls case.   Appearances of counsel.

Discussion regarding status of the case.   The July 22, 2014 Order staying the case remains in effect. Parties are to submit a Joint Status Report by close of business on September 16, 2014.

**Court in recess:   10:57 a.m.**      (Hearing concluded)
Total time in court:    0:05

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.