## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02394-WYD-MEH

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JEREMIAH BENSON,

        Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Malibu Media, LLC ("Plaintiff") and Jeremiah Benson, ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

        Respectfully submitted,

By: /s/ *Jason A. Kotzker*
Jason A. Kotzker
Jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 720-330-8329
*Attorney for Plaintiff*

By: /s/ *David S. Kerr*
David S. Kerr
dkerr@idea-asset.com
Santangelo Law Offices, P.C.
125 S. Howes St. 3rd Fl.
Fort Collins, CO 80521
Phone: 970-224-3100
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jason A. Kotzker*_____
Jason A. Kotzker